UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 2:03-cr-00006-JPH-CMM |
| | ) |
| ZACHARY LAMONT COLLIER, | ) -01 |
| | ) |
| Defendant. | ) |

**ORDER ADOPTING REPORT AND RECOMMENDATION**

Pursuant to 18 U.S.C. § 3401(i) and 18 U.S.C. § 3583(e), the Court **ADOPTS** Magistrate Judge Craig M. McKee's Report and Recommendation and all findings therein, dkt. [23]. The Court now **ORDERS** that Zachary Lamont Collier's supervised release is therefore **REVOKED**, dkt. [16], and Mr. Collier is sentenced to the custody of the Attorney General or his designee for imprisonment of 12 months and 1 day, with no federal supervision to follow.

**SO ORDERED.**

Date: 6/6/2024

*James Patrick Hanlon*
James Patrick Hanlon
United States District Judge
Southern District of Indiana

Distribution:

All Electronically Registered Counsel

Electronic Notice to USPO

Electronic Notice to USM-C